Misc. No. 14–8012/CG. United States, Appellant v. Christine N. Cutter, Captain, U.S. Coast Guard, Military Judge, Appellee and William R. Bisel, Aviation Maintenance Technician Third Class, U.S. Coast Guard, Real Party In Interest. CCA 001–14. Notice is hereby given that a writ-appeal petition for review of the United States Coast Guard Court of Criminal Appeals decision on application for extraordinary relief in the nature of a writ of mandamus was filed by the United States under Rule 27(b) on this date.